**578**

**Benedict L. KEMPER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34974.**

Missouri Court of Appeals,
Western District.

May 29, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 31, 1984.

David A. Dolph, Asst. Public Defender of
the 6th Judicial Circuit, Platte City, for
appellant.

John Ashcroft, Atty. Gen., and John M.
Morris, Asst. Atty. Gen., Jefferson City,
for respondent.

Before LOWENSTEIN, P.J., MAN-
FORD, and BERREY, JJ.

### ORDER

PER CURIAM.

This is an appeal from the denial of post-
conviction relief sought pursuant to a Rule
27.26 motion.

Judgment affirmed. Rule 84.16(b).

**Charles E. MANESS, Appellant,**

v.

**Richard KING, Director of Revenue
State of Missouri, Respondent.**

**No. WD35435.**

Missouri Court of Appeals,
Western District.

May 29, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 31, 1984.

Andrew S. Carroll, Carroll & Carroll,
Warrensburg, for appellant.

Dennis A. Rolf, Asst. Pros. Atty., Lex-
ington, for respondent.

Before CLARK, P.J., SHANGLER and
NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from order denying petition for
review revoking driver's license for refusal
to take chemical test for intoxication.

Judgment affirmed. Rule 84.16(b)

All concur.